IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00323-REB-BNB

MARIA ZAGAL,

Plaintiff,

v.

CIRCLE GRAPHICS, INC., a Delaware corporation, and
EXCEL PERSONNEL, INC., a Colorado corporation,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Plaintiff's Partially Unopposed Request to Appear Telephonically at Hearing Regarding Defendants' Motion to Compel** [docket no. 37, filed September 2, 2011] (the "Motion").

      IT IS ORDERED that the Motion is DENIED. Participation in person in mandatory. The hearing is reset. The plaintiff shall respond to the Motion on or before **September 14, 2011**. No reply will be accepted without leave of court.

      IT IS FURTHER ORDERED that the hearing on the **Defendants' Joint Motion to Compel Production of Plaintiff's Tax Records** [30] set for September 9, 2011, is **vacated and reset to September 20, 2011, at 10:30 a.m., for one hour**, in Courtroom A-401, 4th Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. See D.C.COLO.LCivR 83.2B.

DATED: September 6, 2011