IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00323-REB-BNB

MARIA ZAGAL,

Plaintiff,

v.

CIRCLE GRAPHICS, INC., a Delaware corporation, and
EXCEL PERSONNEL, INC., a Colorado corporation,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

Pursuant to the filing of the **Joint Notice of Settlement** [docket no.52, filed September 30, 2011], it has come to the attention of the Court that this matter has been resolved.

IT IS ORDERED that the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed.R.Civ.P. 41(a) on or before **October 21, 2011**, or a status report addressing why dismissal has not been accomplished.

IT IS FURTHER ORDERED that the hearing set for **October 5, 2011**, and all future hearings set before Magistrate Judge Boland are **vacated**.

IT IS FURTHER ORDERED that the **Defendants' Joint Motion to Compel Production of Plaintiff's Tax Records** [30] and **Opposed Motion to Allow for Supplementation of Fed.R.Civ.P. 26(a)(2) Disclosure** [41] are DENIED AS MOOT.

DATED: October 3, 2011