# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 11-cv-00323-REB-BNB

MARIA ZAGAL,

    Plaintiff,

v.

CIRCLE GRAPHICS, INC., a Delaware corporation, and
EXCEL PERSONNEL, INC., a Colorado corporation,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter comes before me on the **Stipulation For Dismissal With Prejudice Pursuant To Fed. R. Civ.P. 41(a)(1)(A)(ii)** [#56][1] filed October 26, 2011. After reviewing the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation For Dismissal With Prejudice Pursuant To Fed. R. Civ.P. 41(a)(1)(A)(ii)** [#56] filed October 26, 2011, is **APPROVED**;

2. That the Trial Preparation Conference set for March 2, 2012, is **VACATED**;

3. That the jury trial set to commence March 19, 2012, is **VACATED**; and

---

[1] "[#56]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

2

      4.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

      Dated October 26, 2011, at Denver, Colorado.

      **BY THE COURT:**

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge